Ari H. Marcus, Esq.
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

Yitzchak Zelman, Esq.
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970

*All Correspondences to NJ Office*

December 27, 2017

Honorable U.S. Magistrate Judge Lois H. Goodman
United States District Courthouse
District of New Jersey
402 East State Street
Trenton, New Jersey

     **Re:**  <u>**Konocpa v. FDS Bank**</u>
        **Civil Action No: 3:15-cv-01547-PGS-LHG**

To the Honorable U.S. Magistrate Judge Goodman,

  The undersigned represents the Plaintiff, Jan Konopca, in this action brought pursuant to the Telephone Consumer Protection Act. Please be advised that this matter has been settled as to all parties and claims. It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance. It is further respectfully requested that the Final Pretrial Conference scheduled for January 19, 2017 be adjourned *sine die*, in light of the settlement in this action.

  Defendant's counsel is copied on this communication, and joins in the above requests. Kindly contact the undersigned with any questions or concerns regarding the foregoing.

        Respectfully submitted,

        <u>/s/ Yitzchak Zelman, Esq.</u>